1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHELLE WEST,

11            Plaintiff,                    CIV S-09-2258 LKK KJM PS

12        vs.

13   ANIBAL SANTOS-RIVERA,

14            Defendant.                    <u>ORDER</u>

15   _____/

16            Plaintiff is proceeding pro se.  Plaintiff has filed an in forma pauperis affidavit in

17   which she states that she is presently employed and that her biweekly take-home pay is

18   $1,000.00.  Plaintiff also states she receives income from rent payments, interest or dividends as

19   well as disability or workers' compensation.  In addition, plaintiff also states that she owns her

20   home with the approximate value of $66,000.

21            Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil

22   action in federal district court.  28 U.S.C. § 1914(a).  The court may authorize the

23   commencement of an action "without prepayment of fees and costs or security therefor, by a

24   person who makes affidavit that he is unable to pay such costs or give security therefor."  28

25   U.S.C. § 1915(a).  The amount of plaintiff's earnings shows that plaintiff is able to pay the filing

26   fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  <u>See</u> <u>Alexander v.</u>

Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date of this order, plaintiff shall submit the appropriate filing fee.

DATED: September 10, 2099.

_____
U.S. MAGISTRATE JUDGE

006
west.den